## A91A0728. POWELL v. THE STATE.
(405 SE2d 540)

McMurray, Presiding Judge.

Defendant Powell appeals his conviction of three counts of aggravated assault, first degree arson, and possession of a firearm by a convicted felon. The sole enumeration of error contends the trial court erred in denying defendant's motion for a continuance based upon defendant wearing his prison uniform. *Held:*

While it is well established in Georgia that a criminal defendant has a right to appear at trial in civilian clothes rather than prison clothing, this right may be waived where there is a failure to assert it properly. In the case sub judice, there is ample evidence that defendant was aware of this right, but nonetheless, chose to appear before the jury in his prison uniform prior to invoking any ruling asserting this right. This amounted to a waiver of this procedural rule and the trial court did not err in denying defendant's motion for continuance whereby he belatedly sought to assert same. *Krist v. State,* 133 Ga. App. 197 (1) (210 SE2d 381).

*Judgment affirmed. Sognier, C. J., and Andrews, J., concur.*

DECIDED APRIL 10, 1991.

*William M. Shingler,* for appellant.

*Charles M. Ferguson, District Attorney, J. Robert Smith, Assistant District Attorney,* for appellee.